**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| US TRADES, L.L.C., )<br>)<br>Plaintiff, )<br>) Case No: 1:23-cv-1469<br>vs. )<br>)<br>B & C CONTRACTING CO. )<br>SOUTHEAST, )<br>)<br>Defendant. ) | |

## COMPLAINT

Plaintiff, US Trades, L.L.C. ("US Trades"), by and through its undersigned counsel and for its Complaint against Defendant, B & C Contracting Co. Southeast ("B & C"), states as follows:

1. US Trades is an Indiana limited liability company with its principal place of business located at 10475 Crosspoint Blvd, Suite 125 Indianapolis, Indiana 46256. The sole member of US Trades is Michael J. Morris who is a citizen and resident of the State of Arizona.

2. B & C is an Iowa corporation with its principal place of business located at 4150 Citrus Street, Kissimmee, Osceola County, Florida.

3. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and this action is between citizens of different states.

4. Venue is proper and this Court has personal jurisdiction over B & C because B & C consented to personal jurisdiction in Indiana by entering into a contract with US Trades, which contains the following a mandatory forum selection clause:

> By execution of this Agreement, Client submits to the personal exclusive jurisdiction of the courts of the State of Indiana and to venue in the Circuit and Superior Courts of Hamilton County, Indiana and the federal courts of the United

States, sitting in Indiana for the adjudication of any matters arising under or in connection with this Agreement.

## GENERAL ALLEGATIONS

5. US Trades is a staffing firm that provides contingent skilled trades employees to construction and industrial contractor clients throughout the United States.

6. B & C entered into an agreement with Osmose Utilities Services, Inc. ("Osmose"), a grid asset management and infrastructure support services contractor, to complete work on Osmose electric utility distribution projects.

7. On July 29, 2021, B & C entered into a Project Agreement ("Agreement") with US Trades for US Trades to provide contingent skilled labor to B & C on Osmose electric utility distribution project locations in Pennsylvania, Oklahoma, and Louisiana. A true and correct copy of the Agreement is attached hereto as **Exhibit A** and incorporated herein by reference.

8. Pursuant to the Agreement, US Trades supplied contingent skilled labor to B & C on projects in Pennsylvania, Oklahoma, and Louisiana under the exclusive direction, supervision, and control of B & C and invoiced B & C for the skilled labor services so furnished.

9. The value of the labor services that US Trades supplied to B & C pursuant to the Agreement, for which US Trades has not been paid is One Hundred Eighteen Thousand Eight Hundred Nineteen and 00/100 Dollars ($118,819.00), as confirmed by the Account Statement attached hereto as **Exhibit B** and incorporated herein by reference.

10. Pursuant to the Agreement, B & C is obligated to pay interest to US Trades on any invoiced amounts that remain unpaid for over thirty (30) days from the date of receipt at the interest rate of 2% per month (Annual Percentage Rate of 24%) until the entire invoice balances as well as any assessed fees are paid in full. See **Exhibit A**, Section 8(b).

11. US Trades has been damaged by such non-payment from B & C.

12. US Trades is owed One Hundred Eighteen Thousand Eight Hundred Nineteen and 00/100 Dollars ($118,819.00), plus additional accrued interest for skilled labor services supplied to B & C, as well as attorneys' fees, costs and expenses incurred in this action as authorized by Section 8(b) of the Agreement.

13. US Trades has engaged the undersigned attorney to represent it in this matter and has agreed and obligated itself to pay a reasonable fee for services provided on its behalf.

**COUNT I**
**BREACH OF CONTRACT**

14. US Trades incorporates the allegations set forth in paragraphs 1 through 13 hereinabove as if fully restated herein.

15. B & C's failure and refusal to pay US Trades for its skilled labor services is a material breach of the Agreement.

16. As a direct and proximate result of B & C's material breach of the Agreement, US Trades has been damaged in the amount of One Hundred Eighteen Thousand Eight Hundred Nineteen and 00/100 Dollars ($118,819.00), plus pre-judgment interest at the rate of 24% per annum on any invoiced amounts that remain unpaid for over thirty (30) days from the date of receipt of the invoice until entry of judgment, plus reasonable attorneys' fees under the Agreement, costs and expenses.

WHEREFORE, Plaintiff, US Trades, L.L.C., respectfully requests the Court to enter judgment in its favor and against Defendant, B & C Contracting Co. Southeast, on Count I of this Complaint, to award US Trades for damages in the amount of One Hundred Eighteen Thousand Eight Hundred Nineteen and 00/100 Dollars ($118,819.00), plus pre-judgment interest, reasonable attorneys' fees, costs and expenses, and to award it such other relief as is just and proper.

## COUNT II
## UNJUST ENRICHMENT

17. US Trades incorporates the allegations set forth in paragraphs 1 through 16 hereinabove as if fully restated herein.

18. US Trades complied with all contractual obligations and invoiced B & C for those services. Those services inured to B & C's benefit and were accepted and retained by B & C. Under such circumstances it would be inequitable for B & C to continue to retain said benefits without payment for the value thereof.

19. B & C 's refusal to pay US Trades allows B & C to reap the benefits of the services while escaping its own contractual payment obligations.

20. Accordingly, B & C has been, and is being, unjustly enriched in the amount of One Hundred Eighteen Thousand Eight Hundred Nineteen and 00/100 Dollars ($118,819.00), plus prejudgment interest, attorneys' fees, costs and expenses.

WHEREFORE, Plaintiff, US Trades, L.L.C., respectfully requests the Court to enter judgment in its favor and against Defendant, B & C Contracting Co. Southeast, on Count II of this Complaint, to award US Trades for damages in the amount of One Hundred Eighteen Thousand Eight Hundred Nineteen and 00/100 Dollars ($118,819.00), plus pre-judgment interest, reasonable attorneys' fees, costs and expenses, and to award it such other relief as is just and proper.

## COUNT III
## ACTION ON ACCOUNT

21. US Trades incorporates the allegations set forth in paragraphs 1 through 20 hereinabove as if fully restated herein.

22. US Trades furnished all services requested by B & C and consistent with the Agreement.

23. US Trades forwarded invoices to B & C reflecting all charges made on its respective account pursuant to the Agreement.

24. B & C agreed that payment would be made within thirty (30) days of receipt of invoices per the Agreement.

25. Payment has been demanded from B & C, but it has failed and refused to pay the amount owed to US Trades.

26. As a direct and proximate result of B & C's refusal to pay US Trades, B & C is indebted to US Trades in the amount of One Hundred Eighteen Thousand Eight Hundred Nineteen and 00/100 Dollars ($118,819.00), plus prejudgment interest, attorneys' fees, costs and expenses.

WHEREFORE, Plaintiff, US Trades, LLC, respectfully requests the Court to enter judgment in its favor and against Defendant, B & C Contracting Co Southeast, on Count III of this Complaint, to award US Trades for damages in the amount of One Hundred Eighteen Thousand Eight Hundred Nineteen and 00/100 Dollars ($118,819.00), plus pre-judgment interest, reasonable attorneys' fees, costs and expenses, and to award it such other relief as is just and proper.

## COUNT IV
## QUANTUM MERUIT

27. US Trades incorporates the allegations set forth in paragraphs 1 through 26 herein above as if fully restated herein.

28. US Trades provided contractual services to B & C and B & C agreed explicitly or implicitly, or through its conduct, to pay the reasonable value thereof.

29. The principal amount of One Hundred Eighteen Thousand Eight Hundred Nineteen and 00/100 Dollars ($118,819.00), plus prejudgment interest, attorneys' fees, costs and expenses is now due owing from B & C.

WHEREFORE, Plaintiff, US Trades, L.L.C., respectfully requests the Court to enter judgment in its favor and against Defendant, B & C Contracting Co. Southeast, on Count IV of this Complaint, to award US Trades for damages in the amount of One Hundred Eighteen Thousand Eight Hundred Nineteen and 00/100 Dollars ($118,819.00), plus pre-judgment interest, reasonable attorneys' fees, costs and expenses, and to award it such other relief as is just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff, US Trades, L.L.C., requests a trial by jury in the above cause of action.

Respectfully submitted,

MORSE & BICKEL, P.C.

*/s/ John J. Morse*
John J. Morse, Atty. No. 16146-49

*Attorney for Plaintiff, US Trades, L.L.C.*

MORSE & BICKEL, P.C.
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN  46201
Phone: (317) 686-1540
Fax: (317) 630-2790
Morse@MorseBickel.com